IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN BRODOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>NEVRO CORP., a Delaware Corporation,<br><br>    Defendant. | CV 20-110-BLG-SPW-TJC<br><br>**ORDER** |

A motion hearing was held in this case on February 24, 2022. For the reasons stated on the record, IT IS HEREBY ORDERED that Defendant's Motion to Compel (Doc. 49) is DENIED, and Plaintiff's Motion for Protective Order (Doc. 53) is GRANTED.

DATED this 24th day of February, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge