IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| KEVIN BRODOCK,<br><br>             Plaintiff,<br><br>vs.<br><br>NEVRO CORP., *a Delaware Corporation*,<br><br>             Defendant. | CV 20-110-BLG-SPW<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal of All Claims and Counterclaims with Prejudice (Doc. 135), and pursuant to Fed. R. Civ. P. 41,

**IT IS HEREBY ORDERED** that all the claims and counterclaims in this action are **DISMISSED** with prejudice and on the merits, without costs, disbursements, or attorneys' fees to any party.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 3rd day of January, 2023.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge